RECEIVED U.S. COURT OF APPEALS FOR THE D.C. CIRCUIT 2019 JAN -6 PM 10:31 FILING DEPOSITORY

# UNITED STATES DISTRICT COURT

for the

Wash DC District of Columbia

Circuit Civil Division

Case: 1:19-cv-00099 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/6/2019
Description: Pro Se Gen. Civ. (F-DECK)

Darlene Grey

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Mary A Wright and
and Cassidy Sova

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Darlene Grey |
| Street Address | 5752 Marshall St |
| City and County | Phila., PA 19120 |
| State and Zip Code | Phila PA |
| Telephone Number | 215-254 8067 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mary Pat Wright |
| Job or Title *(if known)* | Shekstone Financial Group |
| Street Address | 840 First ST NW |
| City and County | Wash. DC 20001 |
| State and Zip Code | WASH. DC |
| Telephone Number | 202-753-6290 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Cassidy Sova |
| Job or Title *(if known)* | Captain D's |
| Street Address | 624 Grassmere Park, Ste 30 |
| City and County | Nashville Tennessee 37211 |
| State and Zip Code | Tennessee 37211 |
| Telephone Number | 615-391-5461 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant is an individual

Defendant No. 1
- Name: MARYPAS WRIGHT
- Job or Title *(if known)*: Black Stone Financial Group
- Street Address: 840 First St. NW
- City and County: Wash. DC 20001
- State and Zip Code: Wash. DC
- Telephone Number: 202 753 6290
- E-mail Address *(if known)*:

Defendant is an individual

Defendant No. 2
- Name: Cassidy Sova
- Job or Title *(if known)*: Captain D's
- Street Address: 624 Grassmere Park, Ste. 30
- City and County: Nasville, TN
- State and Zip Code: Nashville TN 37211
- Telephone Number: 615 - 391 - 5461
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Darlene Carter, is a citizen of the State of *(name)* Pennsylvania.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________, is incorporated under the laws of the State of *(name)* ________, and has its principal place of business in the State of *(name)* ________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Mary Pat Wright, is a citizen of the State of *(name)* Washington, DC. Or is a citizen of *(foreign nation)* ________.

b. If the defendant is a corporation

The defendant, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________. Or is incorporated under the laws of *(foreign nation)* ________________, and has its principal place of business in *(name)* ________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy ONE Billion Dollars

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

(1) The Defendants stole the Plaintiff's Children and used them as pawns to steal Plaintiff's wealth. (2) Statement of Claim - all of the Plaintiff's Royal Arab-American Children are stolen from their mother - Plaintiff by defendants for money. (3) Plaintiff has Children with C.P. Mohammed (AlSaud), and with CP. Alwaleed Bin Talal (AlSaud), and with Prince Faris Mansour Almalik.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Plaintiff's children were stolen from her by Defendants. They used the plaintiff's children as pawns to steal the plaintiff's companies & wealth & wealth that [illegible] father had for plaintiff and their children. They continually block the Plaintiff's communications.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Defendants continually block the plaintiff's communication to isolate her, & to block her from communicating with the fathers of her children communicating with her children who are stolen or communicating with from the plaintiff, by defendants for money and political power & occult power & wealth.

Plaintiff will file a typed complaint.



RECEIVED U.S. COURT OF APPEALS FOR THE D.C. CIRCUIT 2019 JAN -6 PM 12:32 FILING DEPOSITORY

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendants continually block all of the Plaintiff's communications with FISA wiretaps, spyware, computer & phone hacking, computer or phone hacking, sex solicitation, as they isolate the plaintiff, stole all of her children's wealth & companies & projects, & forcing the plaintiff to live with abuse, poverty, stalking, harassment, defamation, assault & harm.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The plaintiff's children were stolen for the last 15 years, she will never get those years back. The plaintiff international rights are violated. The plaintiff created wealth for her children. All the wealth was stolen by defendants. All wealth each father has for the plaintiff & their children is stolen by defendants.

## V. Relief

My life is violated by defendants. I want restoration of my civil rights, & to raise my children & to have my success & money.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff's billions of Dollars in wealth, companies, projects, products, international trade, castles, real estate, banks, food companies, retail, school projects and more, diamond mines, gold mines, mineral mines, oil, gas, were stolen from Plaintiff by defendants. The plaintiff seeks all blocks to FISA wiretaps & spyware. Plaintiff requests Defendants bring all of the Plaintiff's children to Court as jury. Plaintiff wants her children back. Plaintiff requests an injunction to block Defendants from spying electronically.

against the Plaintiff with FISA wiretaps, Mamoda spyware, & other spyware, or in collaboration with microsoft, google, comcast, and more.

Plaintiff requests an injunction to block the Plaintiffs from stealing all of the Plaintiff's trade, business, jobs, wealth, & all wealth which other has for Plaintiff and her children.

Plaintiff asks for an injunction blocking Defendants from stealing Plaintiff's work, wealth, company, and all creations, trade, trade, and all [illegible], defamation, harassment, stalking, wealth theft, sex solicitations, theft of wealth, theft of Plaintiff's medical properties, falsifying FBI [illegible] records, fake police, [illegible] against Plaintiff, [illegible] filed against Plaintiff.

Plaintiff wants the injunction to block Defendants from leaving the area or country with Plaintiff's children & children returned to their mother, Plaintiff [illegible].

Plaintiff wants the Defendants to be barred from accessing the Plaintiff & her children or family and all business & entire [illegible] Plaintiff and her children.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-6-2019

Signature of Plaintiff [signature]

Printed Name of Plaintiff [handwritten]

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________




**COMPLAINT**

1. **TORTUOUS INTERFERENCE WITH PLAINTIFF'S MATERNAL RIGHTS**
2. **TORTUOUS INTERFERENCE IN PLAINTIFF'S BUSINESSES**
3. **TORTUOUS THEFTS OF PLAINTIFFF'S BUSINESSES, AND LOSS OF BUSINESSES AND LOSS OF PROFITS, AND LOSS OF INCOME**

**LEGAL VENUE:** [illegible] DC

**STATEMENT OF CLAIM:**

**PLAINTIFF HAS CHILDREN WITH C.P. MOHAMMED BIN SALMAN BIN ABDULAZZIZ ALSAUD, AND WITH PRINCE ALWALEED BIN TALAL BIN ABDULAZZIZ ALSAUD, AND WITH PRINCE FARES MANSOUR ALMALIK (ALSAUD).**

**ALL OF THE PLAINTIFF'S AMERICAN-SAUDI CHILDREN ARE STOLEN FROM THE PLAINTIFF, THE MOTHER OF THESE HER CHILDREN, FOR FINANCIAL AND ECONOMIC GAINS.**

**FACTS:**

**DEFENDANT GOVERNOR RICK SCOTT, AND DEFEENDANT JANE D. SCOTT, CONSPIRED AGAINST THE PLAINTIFF, AND WERE AND ARE INVOLVED IN THE TORTOIUS INTERFERENCE WITH THE PLAINTIFF'S MATERNAL RIGHTS, AND THEY ARE INVOLVED IN THE TORUTOUS INTERFERENCE IN PLAINTIFF'S BUSINESSES, AND THEY ARE INVOLVED IN THE TORTUOUS THEFTS OF THE PLAINTIFF'S BUSINESSES, AND LOSS OF THE PLAINTIFF'S BUSINESSES AND LOSS OF PROFITS, AND LOSS OF INCOME.**

**PRINCESS FADA ALFALA, OUWA ALFAISAL, LOULOU ALSABAH, CONSPIRED AGAINST THE PLAINTIFF AND STOLE HER BORN CHILDREN FROM HER. THEY CONSPIRED AND STOLE THE PLAINTIFF'S UNBORN CHILDREN OF HER EMBRYOS AND FERTILYZED EGGS, AND THEY HID THEM FROM THE PLAINTIFF, FOR FINANCIAL AND ECONOMIC GAINS. THEY USED THE PLAINTIFF'S STOLEN CHILDREN, AND STOLEN UNBORN EMBRYOS AND STOLEN BIOLOGICAL EGGS, AS PAWNS AS THEY STOLE ALL OF THE COMPANIES, AND WEALTH THE PLAINTIFF CREATED FOR HERSELF AND FOR HER CHILDREN.**

**PRINCESSES FADA ALFALA, LOUWA ALFAISAL, LOULOUA ALSABAH,SARA ALMALIK, CONSPIRED AGAINST THE FATHERS OF THE PLAINTIFF'S CHILDREN, CP MOHAMMED BIN SALAMAN BIN ABDULAZZIZ ALSAUD, PRINCE ALWALEED BIN TALAL BIN ABDULAZZIZ ALSAUD, AND PRNCE FARES MANSOUR ALMALIK (ALSAUD). THEY MANIPULATED EACH FATHER, AND TOLD EACH FATHER LIES, TO GET CONTROL OF THE PLAINTIFF'S CHILDREN, FOR FINANCIAL CONTROL.**

**PRINCESSES FADA ALFALA, LOUWA ALFAISAL, LOULOUA ALSABAH, SARA ALMALIK, CONSPIRED WITH, JANE D. SCOTT, ISIS ALSABAH, JODI FRONEFIELD SANDOVAL, MARYPAT WRIGHT, CASSIDY SOVA, ROSE JACQUES, AND BARBARA CUSMUNANO, AS THEY HELPED THE WOMEN TO HAVE SEXUAL RELATIONSHIPS WITH THE FATHERS, IN RETURN FOR HUGE FINANCIAL AND ECONOMIC GAINS.**



Defendants blocked my civil rights, and blocked the civil rights of my children, as they prevented me from speaking and meeting with Fares Almalik, and my children.

These women and their group, lied to my children, and made them believe that I did not want my children, when all along, I have been searching for my children, who are my family, and who those women stole from me, with their families, for money. There are laws protecting my children and my children's rights, entitling my children, to be raised by their real mother. There are laws protecting my rights to raise my own children.

Those women paid judges to give them custody, or adoption, or guardianship of children, my children, whom they stole from me for money. All of them used my children as their sources of huge wealth, and a royal lifestyle.

These women lied to Fares Almalik, and blocked our communications, as they were using my children as their sources of huge wealth, as they used my children for money, and privilege, to give them access and the ability to live in mansions, travel in private jets, attend VIP events, and live as a wealthy celebrity. They stole my children, and used them as collateral to get huge loans, and business deals; They stole my children and used them to steal my oil, my gas wells, my energy resources, my goldmines, my mineral mines, my international trade, my businesses and my companies, and my huge wealth I created. They stole my children and used them as collateral to steal my school projects, and my international trade, and my fashion house, and my international teak projects and much more.

These women lied to my children, and hid them from me. Marypat Wright, Kevin Wright, Cassidy Sova, Louwa AlFaisal, Louloua AlSabah, blocked my communications to my children, and they refused to attend the custody hearings I subpoenaed them to attend. They conspired with members of the Kennedy family, Rooney family, and Poppitti family, to steal my children, and to keep them hidden from me, to continue to use them as their sources of wealth.

All of these women, and their families, and their groups, have no legal rights to my children. They stole my children from me for money. They stole my embryos and had them harvested without my permission or consent. My children born from my embryos are my children, as I never gave any of my children or my biological eggs away.

I want to locate Fares Almalik, and my children, so that I can pursue custody with my children with Fares Almalik. These are my children, and I am very concerned about their welfare, as they have been stolen from me, and lied to continuously, and used for money, and power and fame by many unscrupulous women, and their greedy family members, and their corrupt group.

All of these years, Fares Almalik has tried to bring my children back to me, but our communications were blocked by those women. For many years, my children were stolen and used for money, and used as pawns to steal the billions of dollars in wealth the plaintiff created for herself and for her children,

**PRINCESSES FADA ALFALA, LOUWA ALFAISAL, LOULOUA ALSABAH, SARA ALMALIK, CONSPIRED WITH, JANE D. SCOTT, ISIS ALSABAH, JODI FRONEFIELD SANDOVAL, MARYPAT WRIGHT, CASSIDY SOVA, AS THEY LIED TO EACH FATHER, AND TOLD EACH FATHER TO GIVE HIS CHILDREN, WHOSE MOTHER IS PLAINTIFF DARLENE CORTEZ, TO JANE D. SCOTT, ISIS ALSABAH, JODI FRONEFIELD SANDOVAL, MARYPAT WRIGHT, CASSIDY SOVA, ROSE JACQUES, AND BARBARA CUSMUNANO, AS THE PLAINTIFF'S STOLEN CHILDREN WERE STOLEN BY EACH OF THESE WOMEN, AND WERE ROTATED AND WERE FORCED TO LIVE WITH EACH OF THE WOMEN WHOM THE FATHER WAS HAVING SEXUAL RELATIONSHIPS WITH DURING THAT PARTICULAR TIME.**

**EACH OF THE WOMEN, HAD SEXUAL RELATIONSHIPS WITH EACH FATHER, AND TOLD THE FATHERS THAT THEY WERE A FAMILY WITH EACH FATHER, TO INTICE EACH FATHER TO GIVE HIS CHILDREN TO EACH OF THESE WOMEN, WHO WERE LYING TO EACH FATHER, AS THEY WERE NOT, AND ARE NOT A FAMILY TO THE PLAINTIFF'S STOLEN CHILDREN. EACH WOMEN WAS AND IS INVOLVED IN STEALING THE PLAINTIFF'S CHILDREN FOR HUGE FINANCIAL AND ECONOMIC GAINS.**

**PRINCESSES FADA ALFALA, LOUWA ALFAISAL, LOULOUA ALSABAH, SARA ALMALIK, CONSPIRED WITH, JANE D. SCOTT, ISIS ALSABAH, JODI FRONEFIELD SANDOVAL, MARYPAT WRIGHT, CASSIDY SOVA, AS THEY CONSPIRED WITH GOVERNOR RICK SCOTT, AND WITH JANE D. SCOTT TO STEAL THE PLAINTIFF'S BORN AND UNBORN CHILDREN FOR HUGE WEALTH AND ECONOMIC GAINS, AS THEY FORCED THE PLAINTIFF'S CHILDREN TO BE STOLEN, AND THEY CONSPIRED WITH GOVERNOR RICK SCOTT AND WITH JANE D. SCOTT, AND HID THE PLAINTIFF'S STOLEN CHILDREN IN FLORIDA, UNDER THE POWER AND CONTROL OF THE OFFICE OF THE GOVENOR.**

**LOUWA ALFAISAL, LOULOUA ALSABAH, SARA ALMALIK, AND FADA ALFALA CONSPIRED AND BOUGHT THE OFFICE OF GOVERNOR FOR RICK SCOTT, AND THEY USED THE OFFICE OF THE GOVENOR FOR THE POWER TO HIDE THE PLAINTIFF'S STOLEN BORN AND UNBORN CHILDREN IN FLORIDA.**

**GOVERNOR RICK SCOTT, JANE D. SCOTT AND THEIR GROUP, CONSPIRED AND STOLE THE -PLAINTIFF'S BORN AND UNBORN CHILDREN, AND THEY USED THE PLAINTIFF'S BORN AND UNBORN CHILDREN AS PAWNS, AS A GROUP, THEY STOLE ALL OF THE BILLION DOLLAR AND MULTIMILLION DOLLAR PROJECTS, COMPANIES, INTERNATIONAL TRADE, THE PLAINTIFF CREATED FOR HERSELF AND FOR HER CHILDREN.**

governor Rick Scott conspired with Jane Scott, MaryPat Wright, Fada al Fala, Louwa Al Faisal, Loulou al Sabah, Cassidy Sova, and stole the Plaintiff's fashion house, perfume, skin care, clothing line, international trade, global domestic sales. They conspired with members of the Kennedy family, Rooney family, [illegible] family.

They also stole the Plaintiff's gold mine in Ghana, oil, gas, real estate, school projects, food companies, [illegible] projects, investments, global trade, restaurants, global sales, global real estate, global investments.

[signature]

PLAINTIFF HAS CHILDREN WITH CROWN PRINCE MOHAMMED BIN SALMAN BIN ABDULAZZIZ ALSAUD,

AND WITH CROWN PRINCE ALWALEED BIN TALAL BIN ABDULAZZIZ ALSAUD, AND WITH PRINCE FARES MANSOUR ALMALIK.

ALL OF THE PLAINTIFF'S ROYAL SAUDI AMERICAN CHILDREN ARE STOLEN FROM HER BY SEVERAL OF THE GRANDMOTHERS, WHO CONSPIRED COUSINS, AND FAMILY MEMBERS.

THESE PERSONS CONSPIRED WITH JANE SCOTT, GOV RICK SCOTT, MEMBERS OF THE KENNEDY FAMILY, ROONEY FAMILY, POPITTI FAMILY, WRIGHT FAMILY, NOLAN FAMILY, AND MORE, AS THEY STOLE THE PLAINTIFF'S CHILDREN BORN AND UNBORN FOR HUGE WEALTH AND POLITIAL POWER.

THESE PEOPLE CONSPIRED WITH MARYPAT WRIGHT, CASSIDY SOVA, ROSE JACQUES, BARBARA CUSUMANO, JANE SCOTT, T, AND MORE AS THESE WOMEN MANIPULATED EACH FATHER WITH SEX, AND MANIPULATION AND LIES, AND STOLE THE PLAINTIFF'S CHILDREN, BORN AND UNBORN, AND USED THE PLAINTIFF'S STOLEN CHILDREN AS THEIR SOURCES OF HUGE WEALTH AND INTERNATIONAL POLITICAL POWER.

THESE WOMEN CONSPIRED WITH THEIR FAMILIIES, AND WITH THEIR OCCULT GROUPS, RELIGIOUS ORGANIZATIONS, POLITICAL ORGANIZATIONS, BUSINESS GROUPS, SOCIAL GROUPS AND MORE, AS THEY SET UP AN ELABORATE NETWORK OF CONSPRIRATORS, WHO CONSPIRED WITH THEM, AND FORCED THE PLAINTIFF'S BORN AND UNBORN CHILDREN TO BE STOLEN, AS ALL OF THEM STOLE THE WEALTH OF THE PLAINTIFF' CHILDREN, AND KEPT IT STOLEN FROM THE PLAINTIFF, AND STOLE IT FOR THEMSELVES.

THE DEFENDANTS STOLE THE BILLIONS OF DOLLARS IN WEALTH AND PROJECTS THE PLAINTIFF CREATED FOR HERSELF AND FOR HER CHILDREN. THE DEFENDANTS STOLE THE PLAINTIFF'S CHILDREN AND USED THEM AS PAWNS AS THEY STOLE ALL OF THE WEALTH EACH FATHER HAD FOR THE PLAINTIFF AND FOR HIS CHILDREN WITH HER.

THE PLAINTIFF SEEKS THE RETURN OF HER BORN AND UNBORN CHILDREN.

THE PLAINTIFF SEEKS FROM EACH DEFENDANT ALL OF THE INFORMATION ON THE WHEREABOUTS OF THE PLAINTIFF'S STOLEN CHILDREN, AND OF THE PLAINTIFF'S STOLEN EMBRYOS AND STOLEN BIOLOGICAL EGGS.

THE PLAINTIFF SEEKS INFORAMATION FROM EACH DEFENDANT ON THE THEFTS OF THE PLAINTIFF'S MANY BILLION DOLLAR PROJECTS, COMPANIES, AND PRODUCTS WHICH THE DEFENDANTS STOLE FROM THE PLAINTIFF, AND FROM HER CHILDREN.

THE PLAINTIFF SEEKS INFORMATION FROM THE DEFENDANTS ON ALL OF THE WELATH, COMPANIES, PROJECTS, AND PRODUCTS EACH OF THE DEFENDANTS STOLE FROM THE FATHERS OF THE PLAINTIFF'S CHILDREN.

THE PLAINTIFF SEEKS THE RETURN OF HER CHILDREN. THE PLAINTIFF SEEKS THE RETURN OF HER WEALTH.

THE PLAINTIFF WILL FILE A COMPLETE FULLY DETAILED COMPLAINT.

1/06/2019